**6:22-cv-00439**

**FILED**
April 29, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____ lad
DEPUTY

BP-A0943  **Small Claims for Property Damage or Loss (31 U.S.C. § 3723)**

MAR 18

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| 1. Location where the property loss or damage occurred: | 2. Name, address of claimant (Register number, street, city, state, and zip code): |
|---|---|
| LIMESTONE COUNTY DETENTION. 410 N. TYUS STREET GROESBECK, TX 76642 | Michael Clark Jr. FCI 59835177 910 N. Tyus Street Groesbeck, Tx 76642 |

| 3. Date and Day of Incident: | 4. Time: (A.M. or P.M.): |
|---|---|
| December 29, 2020 | 12:32 pm |

5. Basis of Claim (State in detail the known facts and circumstances of the damage to, or loss, of privately owned property, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages, if necessary.):

MY PRAYER RUGS AND 40 BOXS WAS DESTROYED AND MY MONEY WAS TAKEN WHEN I FIRST ARRIVED HERE. AND NEVER PLACED IN MY ACCOUNT, WHEN I WAS GETTING CHECKED IN OR BROUGHT TO LIME STONE COUNTY DETENTION CENTER.

6. Witnesses (Please provide the name and address (number, street, city, state, and zip code of each witness):

7. Amount of Claim for Damage to, or loss of, privately owned property  (in dollars) (Sum Certain Amount - Total Amount Of Claim):

I AM SUING FOR THE SUM OF FIVE THOUSAND DOLLARS ($5,000.00)

8. MAIL OR DELIVER CLAIM TO THE REGIONAL OFFICE WHERE THE CLAIM OCCURRED

I CERTIFY THAT THE AMOUNT OF THE CLAIM COVERS ONLY DAMAGE TO, OR LOSS OF PRIVATELY OWNED PROPERTY CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 9. Signature of Claimant or Authorized Representative | 10. Date |
|---|---|
| *Michael Clark* | 4/27/22 |

PDF                    Prescribed by PS 5580

**Federal Bureau of Prisons**

**North Central Regional Office**

**Attn: Tort Claims**

**400 State Ave**

**Tower II, Suite 800**

**Kansas City, KS 66101**

Michael Clark #598 9813?   Case 6:22-cv-00439-ADA   Document 1   Filed 04/29/22   Page 3 of 3
916 N. Tyus Street
Groesbeck, TX 76642



NORTH TEXAS TX P&DC
DALLAS TX 750
27 APR 2022 PM 7 L

RECEIVED

APR 29 2022

CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

**LEGAL MAIL**

76701-193480

Clerk, U.S. District Court
western District of Texas
United States Courthouse
800 Franklin Ave. Room 380
Waco Texas, 76701