**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **MICHAEL CLARK, JR.**<br>**(Limestone Cty #59835177)** | §<br>§<br>§ | |
| **V.** | § | **W-22-CA-439-ADA** |
| | § | |
| **ASST WARDEN TUCKER, et al.** | §<br>§ | |

## <u>ORDER</u>

Before the Court is Plaintiff's Complaint asserting Defendants have violated his constitutional rights to practice his religion. Under the notice pleading requirement for a federal lawsuit, Plaintiff is required to state what acts Defendants did to cause damage. As currently written, Plaintiff's Complaint lacks sufficient facts and is inadequate as a result. Without additional details, Plaintiff's Complaint may be dismissed for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii); *Brown v. Taylor*, 829 F.3d 365, 370 (5th Cir. 2016).

It is, therefore, **ORDERED** that Plaintiff shall file a more definite statement answering the following questions **on or before June 20, 2022**. *See* Fed. R. Civ. P. 12(e); *Parker v. Carpenter*, 978 F.2d 190, 191 (5th Cir. 1992); *Spears v. McCotter*, 766 F.2d 179, 180-81 (5th Cir. 1985). A failure to do so will cause this Court to dismiss Plaintiff's complaint for want of prosecution.

The questions the plaintiff is **ORDERED** to answer are as follows:

2

1.    In your complaint, you have named LaSalle Corrections as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when.  Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

2.      In your complaint, you have named Assistant Warden Tucker as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when.  Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

3.    In your complaint, you have named Mr. Terrance Moore as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when.  Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

4. In your complaint, you have named Mr. Beamer as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

5.      You appear to indicate that the issues you complain of in this suit were resolved through the jail grievance process. Is that correct? If so, what additional relief do you seek in this lawsuit?

6.     Please state whether you are presently incarcerated, i.e., serving a term of imprisonment based upon a criminal conviction.

7.     If your answer to question 6 above was "yes," please state (1) the date of your conviction, (2) the nature of the offense(s) that form the basis for your current incarceration, (3) the date, if you know, when you expect to be released.

8.   Please state whether you are currently awaiting trial on any criminal charges.

9.   If your answer to question 8 above was "yes," please state (1) the date your current pretrial detention began, (2) the exact nature of the criminal charge(s) that form the basis for your current pretrial detention, (3) the court in which the cases against you are pending, (4) your expected trial dates, if known, and (5) the name of the attorneys who represent you in each case or whether you are representing yourself in your criminal case(s).  Please be specific.

10.     Please state whether you are currently being held in custody pending parole or probation revocation proceedings.

11.     If your answer to question 10 above was "yes," please state (1) the date your current detention began, (2) the exact nature of the charge against you, and (3) the expected date of your parole or probation revocation hearing, if any.  Please be specific.

12.    You claim that the defendants have violated your right to practice or express your religious beliefs. Answer the following questions about this allegation:

   a.  What is your religious affiliation?

   b.  Is your religious affiliation a part of your record at the prison or jail?  If not, why not?

c.  Explain how the defendants have denied your expression of your religious beliefs. State which defendant or defendants caused the denial and when and where the denial occurred.

d.  How has the denial of your expression of your religious beliefs interfered with your religious practices?

e.  What alternative methods of practicing your religion were you offered, if any?  Be specific.

13.    Plaintiff is to include the following declaration at the end of his more definite statement:

> I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.  Title 28 U.S.C. Section 1746.  Signed this _____ day of _____, 2022.

_____
Signature of Plaintiff

**SIGNED** on May 19, 2022

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE