PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

**FILED**

June 02, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ SV
DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE __WESTERN__ DISTRICT OF TEXAS
__WACO__ DIVISION**

Michael Clark
_____
Plaintiff's Name and ID Number

598351 77
_____
Place of Confinement

CASE NO. __6:22-cv-00439__
(Clerk will assign the number)

v.

_____
Defendant's Name and Address

_____
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00.**

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit:_____

        2. Parties to previous lawsuit:

        Plaintiff(s)_____ N/A _____

        Defendant(s)_____

        3. Court: (If federal, name the district; if state, name the county.)_____

        4. Cause number:_____

        5. Name of judge to whom case was assigned: _____

        6. Disposition: (Was the case dismissed, appealed, still pending?) _____

        7. Approximate date of disposition:_____

II.    PLACE OF PRESENT CONFINEMENT:_____

III.   EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    ✓YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff:_ Michael Clark _____
   _____ 910 N. TYUS STREET _____
   _____ GROESBECK TX 76642 _____

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: LASALLE Corrections, WARDEN MOONEYHAM, ASST WARDEN
MOORE, MAJOR BEAMER, LT BOLDON, ~~XXXXXXX~~ LT. Anderson

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Responsible for the Following parties

Defendant #2: WARDEN MOONEYHAM

Put our Prayer rugs on COMMISSARY, AND WOULD NOT LET ME PRAY.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #3:  ASST WARDEN MOORE

WOULD NOT LET ME HAVE A Prayer rug

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #4:  ASST WARDEN TUCKER

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

WOULD NOT ALLOW ME TO COME OUT TO PRAYER

Defendant #5: ~~XXXXXX~~ LT. ~~XXXXXX~~ BOLDON

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

SERVED SPOIL FOOD AND DEPRIVED ME FROM BEING ON
RAMADAN LIST.

3

## V.   STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved.  Describe how each defendant is involved.  You need not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I HAVE BEEN DENIED ACCESS TO PRAY AND PARTICIPATE FULLY IN RAMADAN AND I BEEN DENIED A PRAYER RUG, QURAN, KUFI AND ISLAMIC MATERIALS, I HAVE BEEN SERVED FOOD THAT WAS DRIED UP AND OR EXPIRED. I HAVE BEEN TREATED POORLY BECAUSE I AM MUSLIM, AND BLACK.

## VI.   RELIEF:

State briefly exactly what you want the court to do for you.   Make no legal arguments.  Cite no cases or statutes.

I AM requesTING THE SUM OF $100K AND MY RELEASE FROM THIS HOLDING FACILITY.

## VII.   GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.

NONE

B.  List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

59835177

## VIII.   SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed?   ____YES  ✓ NO

B.  If your answer is "yes," give the following  information for every lawsuit in which sanctions  were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division):_____

2.  Case number: _____   N/A

3.  Approximate date sanctions were imposed:_____

4.  Have the sanctions been lifted or otherwise satisfied?                            ____YES  ✓ NO

C. Has any court ever warned or notified you that sanctions could be imposed?  ____ YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _____

2. Case number: _____ N/A _____

3. Approximate date warning was issued: _____

Executed on: _____
         DATE

X _____
         (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____ 5 _____ day of ___ May ___, 20 __22__.
         (Day)              (month)           (year)

X _____
         (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

**CLERK, U. S. DISTRICT COURT**
WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
800 FRANKLIN AVENUE, ROOM 380
WACO, TEXAS 76701

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

NORTH TEXAS TX 750

25 MAY 2022PM 7 L

quadient

FIRST-CLASS MAIL
IMI
$000.53 0
05/25/2022 ZIP 76701
043M31226955

US POSTAGE

RECEIVED

JUN 02 2022

CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

STEVEN GLEN CARPENTER #06113-509
FEDERAL MEDICAL CENTER
P.O. BOX 1530
FORT WORTH, TEXAS 76119

NIXIE        750    FE 1            0096/01/22

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

ANK      BC: 76701193480      *2734-02497-25-42

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS


Michael Clark
#59835177 Limestone County Detention Center
910 N. Tyus St.
Groesbeck   TX US   76642

Case: 6:22-cv-00439
Instrument: 3
sv

Attorneys admitted to practice in the Western District of Texas
must register for electronic filing.

Attorneys granted permission to appear pro hac vice must
immediately register for electronic filing.

For Pro Se/Prisoner Filers:  You are not required to file
electronically or register for e-mail notification, however,
non-prisoner pro se litigants may petition the Court for
permission to electronically file.

For all these matters, please visit our website at:
www.txwd.uscourts.gov/CMECF

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

MICHAEL CLARK, JR.        §
(Limestone Cty #59835177)    §
                              §
V.                                  §           **W-22-CA-439-ADA**
                              §
LIMESTONE COUNTY DETENTION    §
CENTER

## ORDER

Before the Court is a document submitted by Plaintiff complaining of issues relating to the alleged taking of his religious property which has been construed as a civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff's filing is not clear, however, as to whom he intends to sue and the claims he wishes to pursue. Accordingly, the Court will direct the Clerk of the Court to provide forms to Plaintiff to assist him in filing a civil rights complaint. Plaintiff should fill out the forms completely and make clear the defendants he intends to sue and state exactly what it is that each defendant either did or failed to do while acting under color of state law that he believes violated his constitutional rights and the date the violation occurred.

In addition, Plaintiff has neither paid the $402.00 filing fee, nor has he filed an application to proceed *in forma pauperis*.

It is therefore **ORDERED** that the Clerk of the Court shall forward to Plaintiff forms for filing a civil rights complaint.

It is further **ORDERED** that the Clerk of the Court shall forward to Plaintiff an application to proceed *in forma pauperis* and that Plaintiff, on or before **June 2, 2022,**

1

must submit either the filing fee of $402.00 or a completed application to proceed *in forma pauperis.*[1]

It is finally **ORDERED** that Plaintiff shall complete the forms for filing a civil rights complaint and shall return them to the Court on or before **June 2, 2022.**

**SIGNED** on May 3, 2022

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

---

[1] If Plaintiff is granted leave to proceed *in forma pauperis,* a $350.00 filing fee will be deducted from his inmate trust fund account in installments until the full filing fee is paid.