**FILED**

June 09, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ CV

DEPUTY

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| **MICHAEL CLARK, JR.** | § | |
| **(Limestone Cty #59835177)** | § | |
| | § | |
| **V.** | § | **W-22-CA-439-ADA** |
| | § | |
| **ASST WARDEN TUCKER, et al.** | § | |

### ORDER

Before the Court is Plaintiff's Complaint asserting Defendants have violated his constitutional rights to practice his religion. Under the notice pleading requirement for a federal lawsuit, Plaintiff is required to state what acts Defendants did to cause damage. As currently written, Plaintiff's Complaint lacks sufficient facts and is inadequate as a result. Without additional details, Plaintiff's Complaint may be dismissed for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii); *Brown v. Taylor*, 829 F.3d 365, 370 (5th Cir. 2016).

It is, therefore, **ORDERED** that Plaintiff shall file a more definite statement answering the following questions **on or before June 20, 2022**. *See* Fed. R. Civ. P. 12(e); *Parker v. Carpenter*, 978 F.2d 190, 191 (5th Cir. 1992); *Spears v. McCotter*, 766 F.2d 179, 180-81 (5th Cir. 1985). A failure to do so will cause this Court to dismiss Plaintiff's complaint for want of prosecution.

The questions the plaintiff is **ORDERED** to answer are as follows:

1

1. In your complaint, you have named LaSalle Corrections as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

I was denied my right to practice my religion. I was also denied prayer & a Proper Ramadan We were served Spoiled & out dated food during the time to break fast, We were denied Islamic material (prayers beads, rugs & Kufi's). We also Dont get our Weekly Mandatory Friday Congregation Jumu'ah. We are getting it Every other week, Sometimes week at a time with no Jumu'ah.

The defendants approved of our food being Served Cold & Spoiled during our most holy month

I've Sustained Injuries mentally & I've requested to See a mental doctor & I now take meds for depression, not being able to pray was making me have nightmares & thinking about Suicide Sometimes

2

2. In your complaint, you have named Assistant Warden Tucker as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

I was denied my right to practice my religion.
I was also denied prayer & a proper Ramadan.
We were served spoiled & out dated food during
the time to break fast, we were denied Islamic material
(prayer rugs, beads & Kufi's). We also Dont get our weekly
mandatory Friday Congregation Jumu'ah. We are getting it
Every other week, Sometimes week at a time with no
Jumu'ah.

3. In your complaint, you have named Mr. Terrance Moore as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

He has violated my Constitutional rights, by denying me to practise my religion. He denied all of the muslims religious items from amazon (Prayer Rugs; religious beads) We were denied Prayer on ramadan during the night of power (the last ten days) of ramadan. Our food for ramadan was served expired or Super dried out ; cold and denied us of ordering Kufis

4

4. In your complaint, you have named Mr. Beamer as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when.  Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

He has violated my Constitutional rights, by denying me to Practise my religion. He denied all the muslims religious items from amazon (Prayer rugs & religious beads) We were denied Prayer on ramadan often being rushed when we are Praying. Our food for ramadan was Served expired or Super dried out and Cold. We were also denied the ordering of Kufi's

5

5. You appear to indicate that the issues you complain of in this suit were resolved through the jail grievance process. Is that correct? If so, what additional relief do you seek in this lawsuit? Yes thats correct, I seek

Compensation of $100,000,000 One-hundred million dollars and no cents. I hope they could also close this facility down.

For discrimination ; being treated unfairly.

The grievance process was resolved and ruled in our favor but nothing changed.

6

6.   Please state whether you are presently incarcerated, i.e., serving a term of imprisonment based upon a criminal conviction.

I am Incarcerated but not yet convicted
I'm waiting for Sentencing

7.   If your answer to question 6 above was "yes," please state (1) the date of your conviction, (2) the nature of the offense(s) that form the basis for your current incarceration, (3) the date, if you know, when you expect to be released. I'm not Convicted I'm awaiting Sentencing

(2) robbery by Interference of Commerce ; brandishing 924 (c)
(3) N/A

8.  Please state whether you are currently awaiting trial on any criminal charges. Yes

9.  If your answer to question 8 above was "yes," please state (1) the date your current pretrial detention began, (2) the exact nature of the criminal charge(s) that form the basis for your current pretrial detention, (3) the court in which the cases against you are pending, (4) your expected trial dates, if known, and (5) the name of the attorneys who represent you in each case or whether you are representing yourself in your criminal case(s).  Please be specific.

1. November 19, 2019
2. robbery by Interference of Commerce; Count 2 924(c) brandishing
3. Northern district of texas
4. N/A dont have any yet
5. Heath Hyde is my attorney; Lisa Fox in the state right now In In federal Custody

10.     Please state whether you are currently being held in custody pending parole or probation revocation proceedings.   no

11.     If your answer to question 10 above was "yes," please state (1) the date your current detention began, (2) the exact nature of the charge against you, and (3) the expected date of your parole or probation revocation hearing, if any.  Please be specific.

12.    You claim that the defendants have violated your right to practice or express your religious beliefs. Answer the following questions about this allegation:

a.  What is your religious affiliation?

I practice Islam I am a Muslim

b.  Is your religious affiliation a part of your record at the prison or jail?  If not, why not?  Yes it is

c. Explain how the defendants have denied your expression of your religious beliefs. State which defendant or defendants caused the denial and when and where the denial occurred. They denied us Prayer, and denied the order of our religious items.

the defendants

1. Beamer
2. Aw-Tucker
3. Aw-moore
4. LT-Boldon
5. lasalle Corrections

11

d. How has the denial of your expression of your religious beliefs interfered with your religious practices? I havent been able to Pray In the Gym where I Could Pray ; have the Proper respect. Im In a nasty Cell thats Very Small with 7 other Inmates'. Sometime my rug gets stepped on

e. What alternative methods of practicing your religion were you offered, if any? Be specific. It wasnt any alternative

12

13.    Plaintiff is to include the following declaration at the end of his more definite statement:

> I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.  Title 28 U.S.C. Section 1746.  Signed this 31 day of May , 2022.
>
> _____
> Signature of Plaintiff

**SIGNED** on May 19, 2022

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

Michael Clark
#59835177 Limestone County Detention Center
910 N. Tyus St.
Groesbeck  TX US   76642

Case: 6:22-cv-00439
Instrument: 8
sv

Attorneys admitted to practice in the Western District of Texas must register for electronic filing.

Attorneys granted permission to appear pro hac vice must immediately register for electronic filing.

For Pro Se/Prisoner Filers:  You are not required to file electronically or register for e-mail notification, however, non-prisoner pro se litigants may petition the Court for permission to electronically file.

For all these matters, please visit our website at:
www.txwd.uscourts.gov/CMECF

Michael Clark #59835177
910 N. Tyus Street.
Groesbeck, Tx 76642



RECEIVED

JUN 0 9 2022

CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

LEGAL MAIL

Clerk, U.S. District Court
Western District of Texas
United States Courthouse
800 Franklin Ave. Room 380
Waco, Texas 26701