## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **MICHAEL CLARK, JR.** | § | |
| **(Limestone Cty #59835177)** | § | |
| | § | |
| **V.** | § | **W-22-CA-439-ADA** |
| | § | |
| **ASST WARDEN TUCKER, et al.** | § | |

## ORDER

Before the Court is Plaintiff's civil rights complaint and more definite statement (#7). Plaintiff is proceeding pro se and in forma pauperis. After reviewing Plaintiff's pleadings and his more definite statement, the Court finds that summary dismissal is not appropriate.

It is therefore **ORDERED** that **Assistant Warden Tucker, LaSalle Corrections, Mr. Terrance Moore, Mr. Beamer, and Lt. Bolden**[1] as defendants, are hereby required to file an answer to such complaint or otherwise plead as provided by Rule 12 of the Federal Rules of Civil Procedure within twenty-one (21) days after service of a copy of the complaint upon said defendant. At the time of filing answers, Defendants shall serve Plaintiff with a copy thereof in accordance with Rule 5(b) of the Federal Rules of Civil Procedure and shall file with the Clerk a certificate showing such service.

It is further **ORDERED** that in order that this may be done, summons shall be prepared by the Clerk and the issuance of service of process shall be commenced by

---

[1] Plaintiff indicates in his more definite statement that he no longer wishes to pursue claims against Warden Mooneyham and Lt. Anderson. The Clerk shall remove them as Defendants.

2

the United States Marshal upon said named defendants under Rules 4 and 5 of the Federal Rules of Civil Procedure.

It is further **ORDERED** that, pursuant to Rule 4(c)(3) of the Federal Rules of Civil Procedure, the United States Marshal shall serve a copy of the Plaintiff's Complaint, more definite statement, summons, and this Order upon each defendant.

**SIGNED** on June 13, 2022

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE